# FILED

12/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0743



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23 – 0743

MICHAEL JOHN WESTWOLF,

     Petitioner,

v.

DON BELL, SHERIFF,
LAKE COUNTY DETENTION CENTER,

     Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

     Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

     DATED: December 21, 2023.

BOWEN GREENWOOD
Clerk of the Supreme Court